**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JOSEPH J. MCNEIL,**

          Plaintiff,

v.                                  **CASE NO.: 21-cv-02607**

**F & F MANAGEMENT et al.,**

          Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT F & F MANAGEMENT *ONLY***

**PLEASE TAKE NOTICE** that all claims against Defendant, F & F MANAGEMENT are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully, submitted this 3rd day of January 2022, by:

                          */s/ Kimberly H. Wochholz*
                          Kimberly H. Wochholz
                          Fla. Bar No. 0092159
                          The Consumer Rights Law Group, PLLC
                          3104 W. Waters Avenue, Suite 200
                          Tampa, Florida 33614-2877
                          Tel: (813) 435-5055 ext. 102
                          Fax: (866) 535-7199
                          Kim@ConsumerRightsLawGroup.com
                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 3, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

> */s/ Kimberly H. Wochholz*
> Kimberly H. Wochholz
> Fla. Bar No. 0092159